IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION


MARTHA PURVIS                                                              PLAINTIFF

V.                                                        CASE NO.: 3:17-CV-079 HTW-MTP

NANCY A. BERRYHILL                                                        DEFENDANT
Acting Commissioner of Social Security


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Michael T. Parker [doc. no. 19] and the Plaintiff's written

objection [doc. no. 20] to the Report and Recommendation.  Based upon the evidence therein

contained, this court, having given full consideration to the aforesaid Objection, finds the same

not well taken. Therefore, the Report and Recommendation of the United States Magistrate

Judge **[doc. No. 19]** is hereby adopted as the order of this court.   Defendant's Motion to Affirm

the Commissioner's Decision **[doc. no. 16]** is granted and Plaintiff's Motion for Summary

Judgment **[doc. no. 10]** is denied.  Plaintiff's social security appeal is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2018.


                                                     _s/HENRY T. WINGATE_____
                                                     UNITED STATES DISTRICT JUDGE